**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-7273**

—————————

THOMAS MITCHELL STUTTS,

              Petitioner - Appellant,

        v.

ROBERT M. STEVENSON, III, Warden of Broad River Correctional
Institution,

              Respondent - Appellee,

        and

STATE OF SOUTH CAROLINA,

              Respondent.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Jacquelyn Denise Austin,
Magistrate Judge. (8:11-cv-00191-SB-JDA)

—————————

Submitted: February 9, 2012       Decided: February 14, 2012

—————————

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Thomas Mitchell Stutts, Appellant Pro Se.  Melody Jane Brown,
Assistant Attorney General, Columbia, South Carolina, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Mitchell Stutts seeks to appeal the magistrate judge's order denying Stutts's motion for an extension of time.[*] This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Stutts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] It appears that the notice of appeal was incorrectly forwarded to this court as it was directed specifically to the district court judge who presided over the case when the notice of appeal was filed.